I hereby certify that the annexed instrument is a tr[ue a]nd correct copy of the original on file in my office.
ATTEST:
RICHARD W. WIEKING
Clerk, U.S. District Court
Northern District of California
By /s/ Pauline Bass
Deputy Clerk
Date DEC 19 1990

ORIGINAL
FILED

DEC 19 1990

RICHARD W. WIEKING

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ENTERED IN CIVIL DOCKET DEC 19 1990, 19___

UNITED STATES OF AMERICA,

        Plaintiff,        NO. C-89-1924-CW

  v.

                            JUDGMENT ON DEFAULT

KAREN S COOK

        Defendant(s).

     In the above entitled action, the defendant

                KAREN S COOK

having been duly served with Summons and a copy of the Complaint in the said action, and the defendant having failed to appear, answer, plead or otherwise defend in the said action within the time allowed by law, or at all, and default having been duly entered; and it further appearing that plaintiff's claim against said defendant is for a sum certain and for interest which can by computation be made certain and for costs; and, it further appearing that a declaration on behalf of the plaintiff required by Fed.R.Civ.P. 55 has been filed, setting forth the amounts due plaintiff from said defendant in accordance with the prayer of

Form OBD-183
12-8-76 DOJ

the Complaint, and also setting forth that defendant is not an infant or incompetent person or in the military service of the United States within the meaning of the Soldiers' and Sailors' Civil Relief Act of 1940, as amended, or otherwise entitled to the benefits of said Act; and praying that judgment be entered herein.

NOW, THEREFORE, by virtue of the law and by reason of the premises aforesaid, IT IS ADJUDGED that the United States of America, plaintiff, do have and recover from the said defendant KAREN S COOK
the sum of $79,012.15 as principal, interest and costs;
additional interest from December 14, 1990
to judgment at the rate of 11.500% per annum; and interest from the date of this judgment at the current legal rate
of __7.28__ % per annum, which will be compounded annually pursuant to the provisions of 28 U.S.C. Sec. 1961(b); and judgment is herewith entered accordingly.

JUDGMENT ENTERED:     DEC 1 9 1990     RICHARD W. WIEKING, Clerk
United States District Court

PAULINE BARR
------------------
Deputy Clerk

JUDGMENT ON DEFAULT                                              2.

Form OBD-183
12-8-76 DOJ